THE STATE OF INDIANA v. MURPHY.

APPEAL from the *Cass* Circuit Court.

. *Per Curiam.*—The judgment in this case is reversed back to the issues, with leave to both parties to amend, on the authority of *Musselman* v. *McElhenny*, at this term; and *Pollock* v. *Glazier*, 20 Ind. 262, and cases cited.

Judgment reversed, with costs; and cause remanded.

*D. D. Pratt* and *D. P. Baldwin*, for appellant.

*W. Z. Stuart*, for appellee.